**Electronically Filed
Supreme Court
SCWC-17-0000385
03-AUG-2020
08:53 AM**

SCWC-17-0000385

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

DEWITT LONG, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000385; CR. NO. 15-1-0840)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, JJ., and
Circuit Judge Ochiai, in place of Pollack, J., recused,[1] and
Circuit Judge Chang, in place of Wilson, J., recused.)

Petitioner/Defendant-Appellant Dewitt Long's application for writ of certiorari filed on June 22, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, August 3, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Dean E. Ochiai

/s/ Gary W.B. Chang



_____

[1]    Justice Pollack retired from the bench on June 30, 2020.